O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT M. PERUCCA,<br><br>               Plaintiff,<br>     v.<br>U.S. BANK NATIONAL ASSOCIATION and DOES 1–100,<br><br>               Defendants. | Case No. 2:13-cv-02004-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE: STATUTE OF LIMITATIONS** |

    The Court has reviewed Plaintiff Brent Perucca's Complaint, which advances a single federal claim for violation of the Truth in Lending Act (TILA). This claim appears to be barred by the statute of limitations.

    A request for damages under TILA is subject to a one-year statute of limitations, 15 U.S.C. § 1640(e), and a claim for rescission is subject to a three-year statute of limitations. 15 U.S.C. § 1635(f). A TILA violation occurs at the time the loan documents are signed. *Meyer v. Ameriquest Mortg. Co.*, 342 F.3d 899, 902 (9th Cir.2003). But Perucca contends he signed his loan documents sometime in June 2006—nearly seven years ago. (Compl. ¶¶ 1, 2.)

    A court may dismiss a claim *sua sponte* under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, so long as it affords the plaintiff or plaintiffs notice and an opportunity to be heard on the matter. *Wong v. Bell*, 642 F.2d

359, 361–62 (9th Cir. 1981).  Given the apparent untimeliness of Perucca's TILA claim, the Court **ORDERS** Perucca to **SHOW CAUSE** no later than May 13, 2013, why the Court should not dismiss that claim as untimely and remand this matter to the San Luis Obispo County Superior Court.

**IT IS SO ORDERED.**

May 6, 2013

_____
           **OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**